**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LEQUILLESS GAINES, | ) |
| | ) |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-08-658-F |
| | ) |
| RANDALL WORKMAN, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On August 21, 2008, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.

Presently before the court is petitioner's objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Purcell. The court finds petitioner's objections to be without merit. The court accepts, adopts and affirms the Report and Recommendation.

Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell issued on August 21, 2008 (doc. no. 14) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

DATED October 17, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0658p003.wpd